McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LORI ARVIZU, | Case No.: 1:19-cv-00128-SKO |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF AND ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

      Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 68 days, up to and including Friday, January 24, 2020, in which to file and serve his response to Plaintiff's Opening Brief. Plaintiff shall have 15 days, up to and including Monday, February 10, 2020, to file and serve her optional reply.

      Defense counsel needs an extension of time because the attorney responsible for briefing needs additional time to complete review and analysis of the 1,848-page record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate

Stip. & Order for Ext., 1:19-cv-00128-SKO

competing workload demands, draft the response, and go through the necessary in-house reviews. With regard to competing workload demands, in November, defense counsel has five additional briefs due in District Courts, she is bringing a sanctions case against a claimant's representative, and has a long-planned holiday out-of-town with extended family over the Thanksgiving break. In December, defense counsel has eight District Court briefs due, all, but one of which courts have already extended once. In December, defense counsel is taking leave to assist her family settle her in-law's estate. Currently, the Office of the General Counsel has undergone an unforeseen reduction of several staff attorneys; Social Security is under a hiring freeze and management would have difficulty reassigning this case to another attorney. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

       This is Defendant's first request for an extension to file a response to Plaintiff's Opening Brief.

Respectfully submitted,

Dated: November 15, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Office of General Counsel
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

*/s/ Young Chul Cho*
YOUNG CHUL CHO
Law Offices of Lawrence D. Rohlfing
Attorneys for Plaintiff
(*As authorized via e-mail on November 15, 2019)

Stip. & Order for Ext., 1:19-cv-00128-SKO

## ORDER

Pursuant to the parties' above stipulation (Doc. 14), IT IS HEREBY ORDERED that Defendant shall have until January 24, 2020, to file his response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 18, 2019**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext., 1:19-cv-00128-SKO